**Order entered November 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00129-CR**
**No. 05-21-00130-CR**

**VICTORIA IFEANYI ANWUZIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause Nos. CR16-0886 & CR16-0887**

**ORDER**

Before the Court is the State's October 29, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due by November 29, 2021. We **DIRECT** the Clerk to place these appeals at issue.

/s/     LANA MYERS
        JUSTICE